**FILED**
July 24, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)   Case No. 2:06-cr-285 LKK
            Plaintiff, )
v. )   ORDER FOR RELEASE OF
)   PERSON IN CUSTODY
Kevin Gifford, )
)
_____ )
            Defendant.

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Kevin Gifford   Case No. 2:06-cr-285 LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_  Release on Personal Recognizance

    \_\_  Bail Posted in the Sum of _____

    _X_  $25,000 Unsecured Appearance Bond

    \_\_  Appearance Bond with 10% Deposit

    \_\_  Appearance Bond secured by Real Property

    \_\_  Corporate Surety Bail Bond

    _X_  (Other) PTS conditions/supervision

Issued at  Sacramento, CA  on 7/24/06   at  2:46 p.m.

By  _____
Kimberly J. Mueller
United States Magistrate Judge