DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEVIN GIFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-285 (LKK) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER AFTER HEARING** |
| v. | ) | |
| | ) | JUDGE: Lawrence K. Karlton |
| KEVIN GIFFORD, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came on for Status Conference on September 6, 2006, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Laurel White appeared on behalf of the United States of America. Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Kevin Gifford, who was present and out of custody.

Defense counsel requested additional time for investigation, review of discovery and to prepare a defense of the case with the government. A further status conference date of September 26, 2006, is set.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from September 6, 2006, up until and including September 26, 2006.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to September 26, 2006, at 9:30 a.m. for Status Conference.

Order After Hearing

1  IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
2  (iv) and Local Code T4, the period from September 6, 2006, up to and including September 26, 2006, is
3  excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of
4  counsel.
5  Dated: September 8, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT