DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEVIN GIFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-06-285 LKK |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Judge: Lawrence K. Karlton |
| ) | |
| KEVIN GIFFORD, ) | |
| ) | |
| Defendant. ) | |

This case is currently scheduled for a status hearing on October 24, 2006. The attorneys for both parties have conferred and agree that additional time is needed for defense investigation and preparation of the case.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for October 24, 2006, be continued until November 14, 2006. In addition, the parties stipulate that the time period from October 24, 2006, to November 14, 2006, be excluded under the Speedy Trial Act (18 U.S.C. § 3161(h)(8)(B)(iv)) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

DATED:October 20, 2006

                    Respectfully submitted,

1 | McGREGOR W. SCOTT
United States Attorney

2

3

 /Lexi Negin for Laurel White
4 | LAUREL WHITE
Assistant U.S. Attorney
5 | Attorney for United States

DANIEL BRODERICK
Federal Defender

 /s/ Lexi Negin
LEXI NEGIN
Assistant Federal Defender
Attorney for Kevin Gifford

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | CASE NO. CR-S-06-285 LKK |
| )  | |
| Plaintiff,          ) | |
| ) | |
| v.          ) | |
| ) | |
| )  | ORDER CONTINUING STATUS |
| KEVIN GIFFORD,          )  | CONFERENCE AND EXCLUDING TIME |
| ) | |
| Defendant.          ) | |

_____

    For the reasons set forth in the stipulation of the parties, filed on October 20, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for October 24, 2006, be continued until Tuesday, November 14, 2006, at 9:30 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 20, 2006  stipulation, the time under the Speedy Trial Act is excluded from October 24, 2006, through November 14, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: October 20, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2