DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEVIN GIFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-285 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER VACATING |
| | ) | STATUS HEARING AND SCHEDULING |
| v. | ) | CASE FOR TRIAL |
| | ) | |
| | ) | |
| KEVIN GIFFORD, | ) | Judge: Lawrence K. Karlton |
| | ) | |
| Defendant. | ) | |

_____

This case is currently scheduled for a status hearing on December 19, 2006. The attorneys for both parties have conferred and agree that a status hearing is not necessary and that by stipulation the parties can agree on a trial confirmation hearing and a trial date that is acceptable to the Court's clerk. In addition, the parties agree that an exclusion hat additional time is needed for continued defense investigation and preparation for trial.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for December 19, 2006, be vacated. The parties also agree to schedule a Trial Confirmation Hearing for February 13, 2007, and Trial on February 27, 2007. In addition, the parties stipulate that the time period from December 19, 2006, to February 27, 2007, be excluded under the Speedy Trial Act (18 U.S.C. § 3161(h)(8)(B)(iv)) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

1

DATED: December 18, 2006

                      Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
|---|---|
| United States Attorney | Federal Defender |
| | |
| /Lexi Negin for Laurel White | /s/ Lexi Negin |
| LAUREL WHITE | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Kevin Gifford |

1

1
2
3
IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

4  UNITED STATES OF AMERICA,           )   CASE NO. CR-S-06-285 LKK
                                       )
5              Plaintiff,              )
                                       )
6     v.                               )
                                       )
7                                      )   ORDER VACATING STATUS HEARING,
   KEVIN GIFFORD,                      )   SCHEDULING TRIAL DATE AND AND
8                                      )   EXCLUDING TIME
               Defendant.              )
9  _____

For the reasons set forth in the stipulation of the parties, filed on December 18, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for December 19, 2006, be vacated. IT IS HEREBY ORDERED that this case be scheduled for Trial Confirmation Hearing on February 13, 2007, and Trial on February 27, 2007.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' December 18, 2006 stipulation, the time under the Speedy Trial Act is excluded from December 19, 2006, through February 27, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: December 18, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT