DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEVIN GIFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> KEVIN GIFFORD, ) <br> ) <br> Defendant. ) <br> _____ | CASE NO. CR-S-06-285 LKK <br><br> STIPULATION AND ORDER CONTINUING TRIAL CONFIRMATION HEARING AND TRIAL DATE AND EXCLUDING TIME <br><br> Judge: Lawrence K. Karlton |

This case is currently scheduled for a trial confirmation hearing on February 13, 2007 and a trial on February 27, 2007. The attorneys for both parties have conferred and agree that the defense needs more time to investigate the case and prepare the case for trial. Because of the developments of the Adam Walsh Act and the law, the potential need for expert consultation, defense counsel's schedule and the schedule of the investigators at the Federal Defender's Office, defense counsel cannot be effectively prepared for the current trial date.

The government is prepared to go forward with trial on the current trial date, but given the representations of counsel's inability to be ready for the current trial date, has graciously agreed to continue the trial. Because of both parties' trial schedules, the parties agree that this case cannot be tried before September of 2007. Because of the length of the continuance, the parties request a trial confirmation hearing a month before trial so that at that time both parties can schedule an *in limine* motions hearing and be certain that the case is ready to proceed to trial on the scheduled trial date. Mr. Gifford is

1

1 | not in custody and is in compliance with the Pretrial Services Agency.

2 |     The parties further agree that an exclusion of time from the Speedy Trial Act is appropriate to allow
3 | defense counsel to properly investigate the case and prepare for trial.  The parties stipulate that the time
4 | period from February 13, 2007, to September 11, 2007, be excluded under the Speedy Trial Act (18 U.S.C.
5 | § 3161(h)(8)(B)(iv)) and Local Code T4, due to the need to provide defense counsel with the reasonable
6 | time to prepare.

7 |     A proposed order is attached and lodged separately for the court's convenience.

8 | DATED: February 1, 2007

10 |     Respectfully submitted,

11 | McGREGOR W. SCOTT      DANIEL BRODERICK
United States Attorney      Federal Defender

14 | /Lexi Negin for Laurel White      /s/ Lexi Negin
LAUREL WHITE      LEXI NEGIN
Assistant U.S. Attorney      Assistant Federal Defender
15 | Attorney for United States      Attorney for Kevin Gifford

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-285 LKK |
| Plaintiff, | ) | |
| v. | ) | |
| KEVIN GIFFORD, | ) | ORDER VACATING STATUS HEARING, SCHEDULING TRIAL DATE AND AND EXCLUDING TIME |
| Defendant. | ) | |

    For the reasons set forth in the stipulation of the parties, filed on February 1, 2007, IT IS HEREBY ORDERED that the trial confirmation hearing currently scheduled for February 13, 2007, and the trial date of February 27, 2007, be vacated.  IT IS HEREBY ORDERED that this case be scheduled for Trial Confirmation Hearing on August 14, 2007 and for Trial on September 11, 2007.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 1, 2007  stipulation, the time under the Speedy Trial Act is excluded from February 13, 2007, through September 11,  2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: February 1, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2