DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEVIN GIFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-06-285 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | TRIAL DATE AND EXCLUDING TIME |
| v. ) | |
| ) | Judge: Lawrence K. Karlton |
| ) | |
| KEVIN GIFFORD, ) | |
| ) | |
| Defendant. ) | |

This case is currently scheduled for trial on September 11, 2007. Due to government's counsel's unavailability caused by illness, the attorneys for both parties have conferred and agree that the trial shall be continued until September 25, 2007, at 1:30 p.m.

The parties further agree that an exclusion of time from the Speedy Trial Act is appropriate to allow defense counsel to continue to prepare for trial and for continuity of counsel. Mr. Gifford is not in custody and agrees to waive his rights under the Speedy Trial Act. The parties stipulate that the time period from September 11, 2007, to September 25, 2007, be excluded under the Speedy Trial Act (18 U.S.C. § 3161(h)(8)(B)(iv)) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare and for continuity of counsel.

A proposed order is attached and lodged separately for the court's convenience.

DATED: September 10, 2007

1

1 | Respectfully submitted,

2 | McGREGOR W. SCOTT                    DANIEL BRODERICK
United States Attorney                Federal Defender

 /Lexi Negin for Laura Ferris          /s/ Lexi Negin
LAURA FERRIS                          LEXI NEGIN
Assistant U.S. Attorney               Assistant Federal Defender
Attorney for United States            Attorney for Kevin Gifford

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-285 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | ORDER VACATING STATUS HEARING, |
| KEVIN GIFFORD, | ) | SCHEDULING TRIAL DATE AND AND |
| | ) | EXCLUDING TIME |
| Defendant. | ) | |

For the reasons set forth in the stipulation of the parties, filed on September 10, 2007, IT IS HEREBY ORDERED that the trial date currently scheduled for September 11, 2007, be continued until September 25, 2007, at 1:30.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 10, 2007 stipulation, the time under the Speedy Trial Act is excluded from September 10, 2007, through September 25, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: September 10, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2