DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEVIN GIFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-285 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER SCHEDULING |
| | ) | TRIAL CONFIRMATION HEARING AND |
| v. | ) | TRIAL DATE AND EXCLUDING TIME |
| | ) | |
| | ) | Judge: Lawrence K. Karlton |
| KEVIN GIFFORD, | ) | |
| | ) | |
| Defendant. | ) | |

_____

This case is currently scheduled for trial on September 25, 2007. Due to government's counsel's unavailability caused by illness, a change in government counsel, and the ongoing need for defense preparation, the attorneys for both parties have conferred and agree that a trial confirmation hearing should be scheduled for January 15, 2008, at 9:30 a.m. and that the trial shall be continued until February 5, 2008, at 9:30 a.m.

The parties further agree that an exclusion of time from the Speedy Trial Act is appropriate to allow defense counsel to continue to prepare for trial and for continuity of counsel. Mr. Gifford is not in custody and agrees to waive his rights under the Speedy Trial Act. The parties stipulate that the time period from September 25, 2007, to February 5, 2008, be excluded under the Speedy Trial Act (18 U.S.C. § 3161(h)(8)(B)(iv)) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare and for continuity of counsel.

A proposed order is attached and lodged separately for the court's convenience.

1

DATED: September 25, 2007

                    Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
|---|---|
| United States Attorney | Federal Defender |
|  |  |
| /Lexi Negin for Carolyn Delaney | /s/ Lexi Negin |
| CAROLYN DELANEY | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Kevin Gifford |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-06-285 LKK |
| Plaintiff, ) | |
| v. ) | |
| KEVIN GIFFORD, ) | ORDER VACATING STATUS HEARING, SCHEDULING TRIAL DATE AND AND EXCLUDING TIME |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties, filed on September 25, 2007, IT IS HEREBY ORDERED that the trial date currently scheduled for September 25, 2007, be continued for trial confirmation hearing on January 15, 2008, at 9:30 a.m. and that trial shall be continued until February 5, 2008, at 9:30. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 25, 2007 stipulation, the time under the Speedy Trial Act is excluded from September 25, 2007, through February 5, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: September 25, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2