```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CAROLYN K. DELANEY
    KYLE F. REARDON
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California  95814
    Telephone:  (916) 554-2798
 5
 6
 7
 8             IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   CR. S. NO. 06-285 LKK
                                 )
12              Plaintiff,       )
                                 )
13       v.                      )
                                 )   ORDER
14                               )
    KEVIN GIFFORD,               )
15                               )
                Defendant.       )
16  _____)
```

17                                 **ORDER**

18      Having considered the government's motion, it is hereby

19  ordered that Counts Three and Four of the Superseding Indictment

20  are dismissed with prejudice.

21  Dated: January 4, 2008

22

23

24                          _____
                            LAWRENCE K. KARLTON
25                          SENIOR JUDGE
                            UNITED STATES DISTRICT COURT

26

27

28