MCGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
KYLE F. REARDON
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KEVIN GIFFORD, <br><br> Defendant. | NO. CR. S. 06-285-LKK <br><br> GOVERNMENT'S UNOPPOSED MOTION TO VACATE HEARING BEFORE MAGISTRATE AND RESCHEDULE BEFORE DISTRICT COURT AND ORDER |

The United States of America, by and through its attorneys of record, McGREGOR W. SCOTT, United States Attorney for the Eastern District of California, CAROLYN K. DELANEY and KYLE F. REARDON, Assistant United States Attorneys, respectfully requests that the hearing currently scheduled before Magistrate Judge Hollows on January 9, 2008, at 2:00 p.m., be vacated, and that the matter be heard by District Court Judge Karlton on January 15, 2008 at 9:30 a.m.. This Motion is based on the attached Declaration of Assistant United States Attorney Carolyn K. Delaney and is unopposed by the defendant.

///

///

1

DATED: January 8, 2008                    Respectfully submitted,

                                             McGREGOR W. SCOTT
                                             United States Attorney

                                      By: /s/ Carolyn K. Delaney
                                             CAROLYN K. DELANEY
                                             Assistant U.S. Attorney

**ORDER**

    **IT IS HEREBY ORDERED**: That the hearing currently scheduled before Magistrate Judge Hollows on January 9, 2008 at 2:00 p.m. be vacated, and a new hearing be scheduled before this Court on January 15, 2008, at 9:30 a.m.

Dated: January 8, 2008

                                             LAWRENCE K. KARLTON
                                             SENIOR JUDGE
                                             UNITED STATES DISTRICT COURT

D E C L A R A T I O N

I, CAROLYN K. DELANEY, declare as follows:

1. I am an Assistant U.S. Attorney for the Eastern District of California and am familiar with the facts described below.

2. Since the last setting of the trial in this matter, AUSA Kyle Reardon and I have substituted in as trial counsel.

3. I am familiar with the procedural posture of this case and have reviewed the Court's rulings regarding the intended defense at trial.

4. On January 2, 2008, I filed a Motion to Dismiss Counts Three and Four of the Superseding Indictment. That Motion was granted by Judge Karlton on January 4, 2008.

5. On or about January 3, 2008, I learned from defense counsel that the Court had authorized ex parte Rule 17c subpoenas requested by the defense. Apparently three subpoenas had been issued on January 2, 2008, with a scheduled compliance hearing on January 9, 2008, before Magistrate Judge Hollows.

6. I have reviewed the three subpoenas (one for the Department of Justice, one for the Department of Homeland Security, and one for the Federal Bureau of Investigation) and believe that the subpoenas are overbroad, unduly burdensome, and irrelevant.

7. I have discussed the matter with Ms. Negin and intend to file a Motion to Quash to subpoenas. Ms. Negin informed me that she intends to file a simultaneous Motion for Reconsideration regarding the presentation of the defense theory of the case.

8. Ms. Negin and I agreed that given Court's prior rulings, and the procedural posture of the case at this time, it would be prudent to vacate the hearing before Judge Hollows on January 9,

1  2008, allow time for the parties to file whatever documents they
2  wish, and to schedule a hearing as appropriate for January 15, 2008,
3  before Judge Karlton to join with the previously-scheduled Trial
4  Confirmation Hearing.
5       9.  I told Ms. Negin of my intention to file the instant
6  pleading and she indicated that she had no opposition to it.
7           I declare under the penalties of perjury that the
8  foregoing is true and correct to the best of my knowledge.  Executed
9  this 8th day of January, 2008.
10                                      /s/ Carolyn Delaney
                                        _____
11                                      CAROLYN K. DELANEY