DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEVIN GIFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-285 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | SENTENCING HEARING |
| v. | ) | |
| | ) | Judge: Lawrence K. Karlton |
| | ) | |
| KEVIN GIFFORD, | ) | |
| | ) | |
| Defendant. | ) | |

_____

This case is currently scheduled for sentencing on May 6, 2008.  The parties agree that defense

counsel needs more time to prepare for sentencing and agree that the sentencing hearing should be

continued until June 10, 2008 at 9:30 a.m.

A proposed order is attached and lodged separately for the court's convenience.

DATED:May 1, 2008

Respectfully submitted,

McGREGOR W. SCOTT                            DANIEL BRODERICK
United States Attorney                        Federal Defender


/Lexi Negin for Carolyn Delaney              /s/ Lexi Negin
CAROLYN DELANEY                              LEXI NEGIN
Assistant U.S. Attorney                      Assistant Federal Defender
Attorney for United States                   Attorney for Kevin Gifford

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )    CASE NO. CR-S-06-285 LKK
                                )
             Plaintiff,     )
                                )
     v.                   )
                                )
                                )    ORDER CONTINUING SENTENCING
KEVIN GIFFORD,              )    HEARING
                                )
             Defendant.    )
_____

For the reasons set forth in the stipulation of the parties, filed on May 1, 2008, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for May 6, 2008, be continued until June 10, 2008 at 9:30 a.m.

Dated: May 1, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2