McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
KYLE REARDON
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-06-285-LKK |
| Plaintiff, ) | PRELIMINARY ORDER OF FORFEITURE |
| v. ) | |
| KEVIN GIFFORD, ) | |
| Defendant. ) | |

Based upon the guilty verdict and the Stipulation and Application for Preliminary Order of Forfeiture entered into between plaintiff United States of America and defendant Kevin Gifford, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant Kevin Gifford's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a.  One Gateway 505 GR Mid-Tower Computer, Serial # XAB49-210-03673, and

    b.  Western Digital model WD2000, 200 gigabyte SATA hard drive, Serial #WCAL81052475.

2. The above-listed property was used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C.

1  §§ 2252(a)(2) and 2252(a)(4)(B).

2      3.  Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-described property. The aforementioned forfeited property shall be seized and held by the United States, in its secure custody and control.

    4.  The United States may, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture.

    5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

    SO ORDERED this 2nd day of June, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2