McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN GIFFORD,<br><br>　　　　Defendant. | CR. S-06-0285 LKK<br><br>STIPULATION AND ORDER<br>CONTINUING JUDGMENT AND<br>SENTENCING<br><br>Time: 9:30 am<br>Date: Tuesday, June 10, 2008<br>Court: Hon. Lawrence K. Karlton |

　　　The parties request that the judgement and sentencing currently set for Tuesday, June 10, 2008, at 9:30 a.m., be continued to Tuesday, July 1, 2008, at 9:30 a.m.. This continuance is necessary because the government submitted an

///
///
///
///
///
///

1

1 amended informal objection to the presentence report and
2 additional time is needed by the probation officer to respond to
3 this objection.

               Respectfully Submitted,

               McGREGOR W. SCOTT
               United States Attorney


DATED: June 2, 2008    By: */s/ Kyle Reardon*
              KYLE REARDON
              Assistant U.S. Attorney


DATED: June 2, 2008    By: */s/ Kyle Reardon* for
              LEXI NEGIN
              Attorney for the Defendant


**ORDER**

 The judgment and sentencing in case number S-06-0258 LKK, currently set for Tuesday, June 10, 2008, at 9:30 a.m., is continued to Tuesday, July 1, 2008, at 9:30 a.m..
IT IS SO ORDERED.


DATED: June 5, 2008                
            LAWRENCE K. KARLTON
            SENIOR JUDGE
            UNITED STATES DISTRICT COURT