1  DANIEL BRODERICK, Bar #89424
   Acting Federal Defender
2  Lexi Negin, Bar #250376
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   KEVIN GIFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-285 LKK |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| v. | ) ) | Judge: Lawrence K. Karlton |
| KEVIN GIFFORD, | ) ) ) | |
| Defendant. | ) | |

This case is currently scheduled for sentencing and defendant's Motion to Dismiss Count One on July 1, 2008. The parties agree that defense counsel needs more time to prepare for sentencing in light of the newest Presentence Investigation Report and agree that the sentencing hearing should be continued until August 5, 2008 at 9:30 a.m. The parties agree that formal objections and sentencing memoranda shall be due on July 29, 2008.

A proposed order is attached and lodged separately for the court's convenience.

DATED: June 30, 2008

Respectfully submitted,

McGREGOR W. SCOTT                           DANIEL BRODERICK
United States Attorney                       Federal Defender


 /Lexi Negin for Kyle Reardon                 /s/ Lexi Negin
KYLE REARDON                                 LEXI NEGIN
Assistant U.S. Attorney                      Assistant Federal Defender
Attorney for United States                   Attorney for Kevin Gifford

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-285 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | ORDER CONTINUING SENTENCING |
| KEVIN GIFFORD, | ) | HEARING |
| | ) | |
| Defendant. | ) | |

For the reasons set forth in the stipulation of the parties, filed on June 30, 2008, IT IS HEREBY ORDERED that the sentencing hearing and hearing on the defendant's Motion to Dismiss currently scheduled for July 1, 2008, be continued until August 5, 2008 at 9:30 a.m. Formal objections and sentencing memoranda should be filed by July 29, 2008.

Dated: June 27, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2