McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-S-06-285-LKK |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN GIFFORD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   WHEREAS, on or about June 3, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the guilty verdict and the Stipulation and Application for Preliminary Order of Forfeiture entered into between plaintiff and defendant Kevin Gifford forfeiting to the United States the following property:

   a.  One Gateway 505 GR Mid-Tower Computer, Serial # XAB49-210-03673, and

   b.  Western Digital model WD2000, 200 gigabyte SATA hard drive, Serial #WCAL81052475.

   AND WHEREAS, beginning on June 4, 2008, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture

1

site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Kevin Gifford.

2.  All right, title, and interest in the above-described property shall vest solely in the name of the United States of America.

3.  The Department of Homeland Security, Customs and Border Protection, and/or Immigration and Customs Enforcement shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED THIS 10th day of September, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT